IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| METLIFE INVESTORS USA INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 4:13-CV-387 |
| REGIONALD J. CHARLTON, JAMES JOSEPH HAYNES, and VELINA HAYNES JOHNSON, | § § § § § | |
| Defendants. | § | |

# PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND DISCLOSURE OF INTERESTED PERSONS

Plaintiff MetLife Investors USA Insurance Company ("MLIUSA") files this disclosure of interested parties and corporate disclosure statement and states:

I.

MLIUSA hereby certifies that the following entity and individuals are financially interested in the outcome of this litigation:

1. MetLife Investors USA Insurance Company (to recover its attorney's fees and costs);

2. Regionald J. Charlton;

3. James Joseph Haynes; and

4. Velina Haynes Johnson.

II.

MLIUSA further states that its parent company is MetLife, Inc., which is publicly traded.

Respectfully submitted,

By: /s/ Andrew C. Whitaker
    Andrew C. Whitaker
    State Bar No. 21273600
    andrew.whitaker@figdav.com

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR PLAINTIFF
METLIFE INVESTORS USA INSURANCE COMPANY